UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                        Originating Case No. 1:20-cr-174-03
                                        Case No. 23-30262

v.

**ZAIRE C. GOODMAN**,

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant **ZAIRE C. GOODMAN** to answer to charges pending in another federal district, and states:

1. On or about June 26, 2023, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of North Dakota based on a Violation Notice.

2. Rule 5 requires this Court to determine whether defendant is the

1

person named in the arrest warrant described in Paragraph One above.  *See* Fed.

R. Crim. P. 5(c)(3)(D)(ii).

    WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        s/Michael Taylor
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI    48226-3211
        michael.taylor@usdoj.gov
        (313) 226-9516

Date:   June 26, 2023